IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JAMES THOMAS PEEBLES, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 5:14-cv-204 |
| | : | |
| v. | : | |
| | : | |
| Warden HOLT, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## ORDER ON UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 50] that Defendants' Motion to Dismiss [Doc. 20] and Petitioner James Thomas Peebles' Motion to Dismiss [Doc. 33] be granted, and Petitioner's Amended Complaint [Doc. 32] be construed as a Motion to Amend and denied as futile. Plaintiff has filed an Objection to the Recommendation [Doc. 51].

This Court has fully considered the record in this case and made a *de novo* determination of the portions of the Recommendation to which Defendants object. Having done so, the Court finds Plaintiff's Objection to be without merit and agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation thoroughly addresses all of Defendants' objections, and the Court need not restate those findings here. Thus, the Recommendation [Doc. 50] is **HEREBY**

**ADOPTED AND MADE THE ORDER OF THIS COURT.** Accordingly, Defendants' Motion to Dismiss [Doc. 20] and Petitioner's Motion to Dismiss [Doc. 33] are **GRANTED**, and Petitioner's Motion to Amend [Doc. 32] is **DENIED as FUTILE.**

**SO ORDERED**, this 30th day of September, 2015.

<u>S/  C. Ashley Royal</u>
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE